ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| PHILIP FOSTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (B❖P) | Case No. CV 08-5657 WHA<br><br>JOINT STIPULATION TO DISMISS DEFENDANT THE BOEING COMPANY AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON<br><br>[Local Rules 7-1 and 7-12; FRCP 41] |

Comes now Plaintiff PHILIP FOSTER ("Plaintiff") and Defendant THE BOEING COMPANY ("Boeing"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant BOEING removed this case to the United States District Court for the Northern District of California on December 18, 2008, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a) based on Plaintiff's allegations that his injury was caused by products designed and manufactured by BOEING, and on defendant's allegations that the products were manufactured under the supervision and control of the United States government;

WHEREAS, Defendant BOEING was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiff and Defendant BOEING, the affected parties, have now reached a resolution of Plaintiff's claims against BOEING;

K:\Injured\110032\Fed-Stip Dism & Remand-BOEING.wpd　　　　1
JOINT STIPULATION TO DISMISS DEFENDANT THE BOEING COMPANY AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON

WHEREAS, Defendant BOEING'S desire for a federal forum for this action is now moot given the resolution of Plaintiff's claims against it; and

WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant BOEING seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant BOEING, that all claims against Defendant BOEING shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: December 30, 2008     BRAYTON ❖PURCELL LLP

By: /s/ Richard Grant
Richard Grant
Attorneys for Plaintiff
PHILIP FOSTER

Dated: December 30, 2008     BRYAN CAVE LLP

By: /s/ Tyler R. Johnson
Tyler R. Johnson
Attorneys for Defendant
THE BOEING COMPANY

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED**. Defendant The Boeing Company is dismissed with prejudice and this case is REMANDED to the Superior Court of California, County of San Francisco, Case No. CGC-08-274866. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: December 31, 2008    By: _____
                                 United States District Judge
                                 Judge William Alsup

*IT IS SO ORDERED — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

# PROOF OF SERVICE BY MAIL

*Philip Foster v. The Boeing Company*
USDC No. cv08-5657 WHA

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On December 31, 2008, I served the following document(s) described as:

**JOINT STIPULATION TO DISMISS DEFENDANT THE BOEING COMPANY AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON**

on the interested party(ies) in this action as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

  XX   BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed December 31, 2008, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jane Ehni

PROOF OF SERVICE BY MAIL

Date Created: 12/30/2008-4:38:34 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 110032.001 - Philip Foster
Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830  510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Martini, Edlin & Blum**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006  415-397-1339 (fax)
**Defendants:**
  Carlisle Corporation (CARLIS)
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Kaiser Gypsum Company, Inc. (KAISGY)
  Parker-Hannifin Corporation (PARKHF)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600  510-658-1151 (fax)
**Defendants:**
  American Suzuki Motor Corporation (ASUZUK)
  CSK Auto, Inc. (CSKAUT)
  Nissan North America, Inc. (NISSAN)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330  510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Bowman and Brooke LLP**
879 West 190th Street
Suite 700
Gardena, CA 90248-4227
310-768-3068  310-719-1019 (fax)
**Defendants:**
  Ford Motor Company (FORD)
  General Motors Corporation (GM)

**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2100  310-576-2200 (fax)
**Defendants:**
  Boeing Company, The (BOEING)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300  415-808-0333 (fax)
**Defendants:**
  Harley-Davidson Motor Company, Inc. (HARLEY)
  Union Carbide Corporation (UNIONC)

**Burnham & Brown**
1901 Harrison Street
11th Floor
Oakland, CA 94612
510-444-6800  510-835-6666 (fax)
**Defendants:**
  Borg-Warner Corporation by its Successor in Interest, BorgWarner Morse TEC Inc. (BWMORS)

**Buty & Curliano**
555 - 12th Street, Suite 1280
Oakland, CA 94607
510-267-3000  510-267-0117 (fax)
**Defendants:**
  Paccar Inc. (PACCAR)

**Dorsey & Whitney LLP**
38 Technology Drive
Suite 100
Irvine, CA 92618
949-932-3600  949-932-3601 (fax)
**Defendants:**
  Flowmaster, Inc. (FLOMAS)

**Gordon & Rees LLP**
101 West Broadway
Suite 2000
San Diego, CA 92101
619-696-6700  619-696-7124 (fax)
**Defendants:**
  Hennessy Industries, Inc. (HENNES)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900  415-986-8054 (fax)
**Defendants:**
  Actuant Corporation (ACTCOR)
  Goodyear Tire & Rubber Company, The (GOODYR)
  Ingersoll-Rand Company (INGRSL)
  Lockheed Martin Tactical Systems, Inc. (LCKMTS)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500  415-546-7505 (fax)
**Defendants:**
  Navistar, Inc. (NAVINC)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800  415-288-9802 (fax)
**Defendants:**
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)

**Keesal, Young & Logan**
450 Pacific Avenue
San Francisco, CA 94133
415-398-6000  415-981-0136 (fax)
**Defendants:**
  Lear Siegler Diversified Holdings Corp. (LEAR)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500  510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**LeClairRyan, LLP.**
44 Montgomery Street
18th Floor
San Francisco, CA 94104
415-391-7111  415-391-8766 (fax)
**Defendants:**
  Daimler Trucks North America LLC (DAITRU)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580  415-434-0882 (fax)
**Defendants:**
  Kaiser Gypsum Company, Inc. (KAISGY)

Date Created: 12/30/2008-4:38:34 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 110032.001 - Philip Foster
Run By : Ehni, Jane (JAE)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000  415-267-4198 (fax)
**Defendants:**
  Arvinmeritor, Inc. (ARVIN)
  Bucyrus International, Inc. (BUCYRU)
  Maremont Corporation (MAREMT)
  Plant Insulation Company (PLANT)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200  415-984-8300 (fax)
**Defendants:**
  Chrysler LLC (CHRYS)
  Mack Trucks, Inc. (MACKTR)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000  415-344-7288 (fax)
**Defendants:**
  Georgia-Pacific Corporation (GP)
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170  213-623-3594 (fax)
**Defendants:**
  Genuine Parts Company (GPC) (GPC)
  Viacom, Inc. (VIACOM)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900  415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)
  McLeod Industries, Inc. (MCLIND)

**Sinunu Bruni LLP**
333 Pine Street, Suite 400
San Francisco, CA 94104
415-362-9700  415-362-9707 (fax)
**Defendants:**
  Star Machine & Tool Co. (STARR)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072  415-391-6258 (fax)
**Defendants:**
  Duro Dyne Corporation (DURODN)
  Hamilton Materials, Inc. (HAM-M)
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990  415-434-1370 (fax)
**Defendants:**
  American Honda Motor Co., Inc. (AHMOCO)
  Harley-Davidson Motor Company, Inc. (HARLEY)
  Yamaha Motor Corporation, USA (YAMAHA)